**H. W. PETERS COMPANY, Inc., Plaintiff-Appellant, v. Douglas S. MacDONALD and L. G. Balfour Company, Defendants-Appellees.**

**No. 431.**

Circuit Court of Appeals, Second Circuit.

Sept. 6, 1932.

Melville Church, C. B. Des Jardins, and Henry H. Benjamin, all of Washington, D. C. (D. Lewis Mattern, of Bridgeport, Conn., of counsel and solicitor), for appellees.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

This is a petition to recall the mandate and reconsider our decision [59 F.(2d) 974] or, in the alternative, grant the appellees permission to apply to the District Court for leave to amend their answer alleging inequitable conduct on the part of the appellant in publishing and disseminating misleading statements said to be false regarding the de-

cision of this court, claiming that, by reason thereof, the appellant should be barred from the relief obtained on this appeal.

On the affidavits which have been submitted and the letters which form the basis of this application, we think the alternative relief should be granted. Leave is hereby granted to the appellee to apply to the District Court for appropriate relief in view of what has transpired since the rendition of our decision in this cause.